UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Twin City Floor Covering Industry Pension Fund, Twin City Floor Covering Industry Fringe Benefit Trust Fund,

Plaintiffs,

vs. ORDER

Terry Scharber, d/b/a Oak Grove Carpet,

Defendant. Civ. No. 00-2729(DWF/RLE)

* * * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, it is --

ORDERED:

That the Plaintiffs' Complaint is dismissed, without prejudice, both for failure to comply with the terms of our Order of February 22, 2000, and for lack of prosecution.

BY THE COURT:

Judge Donovan W. Frank
United States District Court

DATED: Apr. 26, 2001
At St. Paul, Minnesota

FILED APR 26 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______